IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**RENEE G. TRACEY,**

      **Plaintiff,**

  **vs.**　　　　　　　　　　　　　　　　**Civil Action 2:09-CV-42**
　　　　　　　　　　　　　　　　　　　　　**Judge Marbley**
　　　　　　　　　　　　　　　　　　　　　**Magistrate Judge King**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

### ORDER

On January 29, 2010, the United States Magistrate Judge issued a *Report and Recommendation* recommending that the decision of the Commissioner be affirmed and that the action be dismissed. The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.** The decision of the Commissioner of Social Security is **AFFIRMED** and this action is hereby **DISMISSED.**

The Clerk shall enter **FINAL JUDGMENT** pursuant to Sentence 4 of 42 U.S.C. §405(g).

                                                  *s/Algenon L. Marbley*
                                                    Algenon L. Marbley
                                         United States District Judge