IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION


RENEE G. TRACEY,

        Plaintiff,

  vs.                              Civil Action 2:09-CV-42
                                        Judge Marbley
                                        Magistrate Judge King

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.


<u>ORDER</u>

On January 29, 2010, the United States Magistrate Judge issued a *Report and Recommendation* recommending that the decision of the Commissioner be affirmed and that the action be dismissed. The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.** The decision of the Commissioner of Social Security is **AFFIRMED** and this action is hereby **DISMISSED.**

The Clerk shall enter **FINAL JUDGMENT** pursuant to Sentence 4 of 42 U.S.C. §405(g).


                                       *s/Algenon L. Marbley*
                                        Algenon L. Marbley
                            United States District Judge